IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00561-PAB
(Civil Action No. 16-cv-00587-PAB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT LEE CUENDET,

    Defendant.

---

# FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by United States District Judge Philip A. Brimmer on March 16, 2016, incorporated herein by reference, it is

**ORDERED** that the "Motion to Correct Sentence Pursuant to U.S.S.G. §5G1.3(c) Amend Judgment" (Docket No. 30) is denied as time-barred under 28 U.S.C. § 2255(f). It is further

**ORDERED** that a certificate of appealability is denied.

DATED at Denver, Colorado this  17th  day of March, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/E. Buchanan
                E. Buchanan, Deputy Clerk